ROBERT DRAVECKA, Appellant, v. CHARLES A. STONEHAM and ROSS F. ROBERTSON, as partners, etc., Respondents, and Another, Defendant.— Order denying plaintiff's motion to vacate and set aside stipulation affirmed, with ten dollars

costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty, and Seeger, JJ., concur.